UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH,

    Petitioner,

                                 CASE NO. 2:10-CV-11052
v.                            JUDGE JOHN CORBETT O'MEARA
                                 MAGISTRATE JUDGE PAUL J. KOMIVES

BONITA HOFFNER,

    Respondent.
_____/

ORDER GRANTING RESPONDENT'S MOTION
FOR ENLARGEMENT OF TIME (docket #69)

        This matter is before the Court on respondent's motion to enlarge the time for filing her answer to petitioner's amended application for a writ of habeas corpus. Upon consideration of the motion, the Court finds good cause for an enlargement of time. *See* FED. R. CIV. P. 6(b). Accordingly, it is ORDERED that respondent's motion to enlarge time is hereby GRANTED. It is further ORDERED that respondent file an answer to petitioner's amended habeas application within 60 days of the date of this Order. Petitioner may file a reply within 15 days of receiving respondent's answer.

        IT IS SO ORDERED.


Dated: November 19, 2014        s/Paul J. Komives
                                       PAUL J. KOMIVES
                                       UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 19, 2014, electronically and/or by U.S. Mail.

                                       s/Michael Williams
                                       Case Manager for the Honorable Paul J. Komives